291 U.S. 683
 54 S.Ct. 560
 78 L.Ed. 1070
 Charles K. CREGIER, petitioner,
v.
Conway P. COE, Commissioner of Patents.*
 No. 772.
 Supreme Court of the United States
 March 19, 1934
 
 Mr. Henry E. Stauffer, of Washington, D. C., for petitioner.
 The Attorney General and Messrs. J. Crawford Biggs, Sol. Gen., of Washington, D. C., Charles Bunn, Sp. Asst. to Atty. Gen., and T. A. Hostetler, of Washington, D. C., for respondent.
 
 
 1
 For opinion below, see 67 F.(2d) 692.
 
 
 2
 Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied.
 
 
 
 *
 Rehearing denied 292 U. S. 604, 54 S. Ct. 712, 78 L. Ed. —-.